**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, Esquire, hereby certify that on the 8th day of December, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA HAND DELIVERY**

Bayard J. Snyder, Esquire
*Snyder & Associates*
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801

                                            Mary E. Augustine (No. 4477)

609318v1